BROWN v. THOMPSON. (Supreme Court, Appellate Division, First Department. May 14, 1915.) Action by Andrew J. Brown against Orvill Thompson. No opinion. Motion denied, with $10 costs. Order filed. See, also, 153 N. Y. Supp. 1108.

BROWN, Appellant, v. THOMPSON, Respondent. (Supreme Court, Appellate Division, First Department. June 11, 1915.) Action by Andrew J. Brown against Orvill Thompson. A. A. Henning, of New York City, for appellant. D. C. Dominick, of Newburgh, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 153 N. Y. Supp. 1108.

BUCHMAN v. BERMAN. (Supreme Court, Appellate Division, Second Department. May 7, 1915.) Action by Jacob Buchman against Abraham Berman, in which Benjamin Erde appeals from an order. PER CURIAM. Motion to resettle order (in 152 N. Y. Supp. 1101) granted. It appearing that the $15 was deducted in the order appealed from, the order should be affirmed, with $10 costs and disbursements. Order resettled accordingly.

BUEHLER v. KERR (two cases). (Supreme Court, Appellate Division, First Department. June 11, 1915.) Actions by Ella Buehler and by Frederick Buehler against John Kerr. No opinions. Applications granted. Orders signed.

BUELL v. GARDNER et al. (Supreme Court, Appellate Division, Fourth Department. April 28, 1915.) Action by Sarah A. Buell against Anson L. Gardner and another, as executors, etc., of Harriet M. Goodsell, deceased, and Thomas Carmody as Attorney General, etc. PER CURIAM. Order (in 149 N. Y. Supp. 803) affirmed, with $10 costs and disbursements. *Held*, that the motion was properly denied upon the merits, for the reasons stated in the opinion of Mr. Justice Clark; also for the reason that such a motion cannot be made in this action after judgment. ROBSON, J., not sitting.

BUFFALO ELECTRO PLATING CO., Respondent, v. DAY, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 12, 1915.) Action by the Buffalo Electro Plating Company against Alvin W. Day. No opinion. Judgment affirmed, with costs.

BULEY, Respondent, v. HASBROUCK, Appellant. (Supreme Court, Appellate Division, Third Department. May 28, 1915.) Action by Homer B. Buley against Roswell J. Hasbrouck. No opinion. Judgment and order unanimously affirmed, with costs.

BUNYAN et al., Respondents, v. COMMISSIONERS OF PALISADES INTERSTATE PARK et al., Appellants. (Supreme Court, Appellate Division, Third Department. May 14, 1915.) Action by Helen A. Bunyan, as executrix, etc., and others, against the Commissioners of the Palisades Interstate Park and others, impleaded with the Conklin & Foss Company. No opinion. Motion denied. See, also, 153 N. Y. Supp. 622.

BURGESS, Appellant, v. NEW YORK CENT. & H. R. R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. April 28, 1915.) Action by George Burgess against the New York Central & Hudson River Railroad Company. No opinion. Judgment and order affirmed, with costs.

In re BURNETT. (Supreme Court, Appellate Division, Second Department. June 17, 1915.) In the matter of the application of Helen D. Burnett for the payment of an award on damage parcel No. 2 in the Van Alst Avenue school site proceeding. No opinion. Referee's report confirmed, and referee's fees fixed at the sum of $350, the expense of the proceedings to be paid by the petitioner. Settle order on notice before Mr. Justice Carr. See, also, 163 App. Div. 968, 148 N. Y. Supp. 1108.

BURNS v. SPIEGEL et al. (Supreme Court, Appellate Division, First Department. June 11, 1915.) Action by John A. Burns against Max Spiegel, impleaded with others. No opinion. Motion denied with $10 costs. Order filed. See, also, 153 N. Y. Supp. 1108.

BURNS v. SPIEGEL et al. (Supreme Court, Appellate Division, First Department. June 11, 1915.) Action by John A. Burns against Max Spiegel, impleaded with others. No opinion. Application denied, with $10 costs. Order signed. See, also, 153 N. Y. Supp. 1108.

BURTON v. W. BURTON & CO. et al. (No. 7319.) (Supreme Court, Appellate Division, First Department. May 21, 1915.) Appeal from Trial Term, New York County. Action by Lillian A. Burton against W. Burton & Co. and others. From judgment entered upon the verdict of a jury, and from an order denying a motion for a new trial, defendants appeal. Judgment and order reversed, and new trial granted. See, also, 152 N. Y. Supp. 1149. James Dempsey, of Peekskill, for appellants. George H. Corey, of New York City, for respondent. PER CURIAM. We think that the finding of the jury that there was a delivery of this stock by the defendant Burton to the plaintiff was against the weight of evidence. The judgment and order are therefore reversed, and a new trial ordered, with costs to appellants to abide event. Order filed. LAUGHLIN and SCOTT, JJ., dissent, and vote for affirmance.